IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02345-REB-KLM

BMW OF NORTH AMERICA, LLC, and
BAYERISCHE MOTOREN WERKE, AG,

    Plaintiffs,

v.

AUTOWORKS COLORADO, INC., a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Vacate Scheduling/Planning Conference** [Docket No. 9; Filed December 9, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for December 16, 2008 at 11:00 a.m. is **vacated** and will be reset at a later date, if appropriate.

    IT IS FURTHER **ORDERED** that on or before **January 9, 2009**, Plaintiff shall either file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a) or a Status Report detailing the status of the parties' settlement efforts.

Dated: December 10, 2008