IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AG, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOWORKS COLORADO, INC., a Colorado corporation, <br><br> Defendant. | Case No: 08-cv-02345(REB-KLM) |

**FINAL JUDGMENT OF PERMANENT INJUNCTION
AND OTHER RELIEF**

This matter was opened to the Court upon the filing of the Complaint of Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG, seeking relief against Defendant Autoworks Colorado, Inc. for, among other things, a permanent injunction based on the allegations of the Complaint, including claims of trademark infringement and unfair competition.

Defendant, having been served with the Complaint herein and having waived the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, and without admitting any of the allegations of the Complaint, and without trial, argument or adjudication of any issue of fact or law, having consented to the entry of this Final Judgment of Permanent Injunction and Other Relief (the "Final Judgment"), permanently restraining and enjoining Defendant from violating the Trademark Act of 1946 as amended, 15 U.S.C. § 1125 et seq. (the "Lanham Act") and the law of the State of Colorado, and it further appearing that this Court has jurisdiction over Defendant and the subject matter hereof, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant, its agents, servants, employees, attorneys-in-fact, and all those persons in active concert

or participation with any of them who receive actual notice of this Final Judgment by personal service or otherwise, and each of them, be and hereby:

      a)     ordered to remove BMW's Roundel logo or any colorable imitations thereof from Defendant's business location, promotional materials, and website, including but not limited to Defendant's display window, advertisements, and photos of Defendant's business that visibly depict BMW's Roundel at www.autoworkscolorado.com and www.autorepairindenver.com;

      b)     permanently enjoined and restrained from using BMW's Roundel logo, or any colorable imitations thereof, or any other name or mark that is confusingly similar to this mark or any other mark or designation of BMW or its affiliates, including but not limited to use of these marks on business signs, display windows, telephone directory advertisements, web sites, marketing materials, stationery and business cards;

      c)     indicating or suggesting in any manner that Defendant's goods or services are or were somehow sponsored by or affiliated with the Plaintiffs;

      d)     passing off, promoting or selling any product or service as a product or service authorized by or under the supervision or control of Plaintiffs when such, in fact, is not the case; and

      e)     indicating in any matter that BMW trademarks logos or trade dress belong to or are owned by Defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant, its agents, servants, employees, attorneys-in-fact, and all those persons in active concert or participation with any of them who receive actual notice of the Final Judgment by personal service or otherwise, and each of them, be and hereby are permanently enjoined and restrained from violating the common law of Colorado by committing any

act of trademark infringement, unfair competition, or unjust enrichment with respect to BMW's Roundel logo mark on business signs, display windows, telephone directory advertisements, web sites, marketing materials, stationery, and business cards;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Final Judgment. The parties acknowledge that a breach of this Final Judgment by Defendant or its agents would result in immediate and irreparable injury to BMW, that it would be difficult or impossible to establish the full monetary value of such damage, and that BMW would be entitled to reimbursement of its reasonable attorney's fees and costs arising from enforcement of such a breach.

The Clerk of this Court is hereby directed to enter a Final Judgment forthwith.

Dated December 19, 2008, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**

DM_US:21634110_1
601946-1